**POOR QUALITY ORIGINAL**

Case: 2:25-cv-11466
Assigned To : White, Robert J.
Referral Judge: Grand, David R.
Assign. Date : 5/16/2025
Description: HC REIS V WARDEN (MRS

UNITED STATES DISTRICT COURT
Office of the Clerk
U.S. Dist. Court
231 W. Lafayette Blvd.
Fifth Floor
Detroit, MI
48226

REQUEST TO EXPEDITE

In re: Patrick R. Reis
on
Habeas Corpus 18 U.S.C. 2241

REIS V. WARDEN

Case No. 19-cr-00536-JGC
Judge CARR

MOTION FOR IMMEDIATE RELEASE TO HALFWAY HOUSE OR IN THE ALTERNATIVE HOME-CONFINEMENT UNDER SECOND CHANCE ACT - FSA - ELDERLY RELEASE

Mr. Reis, first duly sworn and writing in pro se, in necessity, submits this request to the Court for his immediate release to home-confinement or halfway house because the BOP has chosen not to follow the MANDATE of FSA or Second Chance Act and also refuses to follow the Elderly Release date of Mr. Reis, who should already be home, yet continues to be confined in the BOP without cause.

Under CHEVRON/LOPER the BOP can no longer determine the FSA execution policy but must follow the mandats set forth in First Step Act and Second Chance Act. The BOP has also not stated why it refuses to allow Mr. Reis to go home by the benefits of the elderly release date on his computation sheet.

RELIEF REQUESTED: That Mr. Reis be immediately release to home confinement or to a halfway house.

We are petitioning the Court because the BOP has moved his halfway house back for no reason other then that there is 'not enough room' in the half-way house and that the staff have stated that Mr. Reis must just "suck it up because he put himself here". But Mr. Reis should not be penalized for lack of halfway house and since he has a place to live, the policy in the alternative is to allow Mr. Reis to go to home confinement if halfway house is not a viable option.

It cost tax payser 124 dollars a day to keep Mr. Reis past his release date and a fraction of that to allow him to home confinement.

The BOP staff have provided no good reason why tax paying citizens should be burdened with extra cost to keep Mr. Reis incarcerated at a higher cost when cheaper alternatives are clearly possible and within the BOP relm of possibility.

The Court should remedy this and allow Mr. Reis to home confinement in the interest of justice and for the best interest of tax paying citizens and to further the efforts we have been attempting to make of unraveling mass incarceration with alternatives such as Second Chance Act and First Step Act.

Respectfully Submitted                                          Date:

*Patrick R. Reis*                                               5-4-25
Patrick R. Reis
ID: 67014-060
FCI Milan - P.O. Box 1000
Milan, MI - 48160


                              notice of service

Mr. Reis served this on the Court by the postoffice with postage properly paid and sent using the prison federal mail system.

Signed: *Patrick R. Reis*                          Date: 5-4-25

Assistance by: Action Paralegal Pro Se
--- Law and Advocacy ---
Jeremy Mount et al

# MEMO – ADMINISTRATIVE REMEDY

From: Patrick R. Reis  
ID: 67014-060  
FCI-Milan – P.O. Box 1000  
Milan, MI – 48160  

Reis v. Warden  
May 4, 2025  
Case No. 19cr00563-JCC  
18 U.S.C. §2241 Motion to Home Confinement / Halfway House  

Dear Clerk of the Court,

Though I have not completed the administrative remedy, I request that the requirement be waived for two reasons:

(a) This is a claim to redress the unconstitutional refusal of the BoP to apply the Second Chance Act and the benefits of Elderly Cares Act.

(b) Mr. Reis would be here past his release date so this is a futile argument. Mr. Reis asks this move forward under futility holding. See e.g. Iolada v. Spaulding, 456 F. Supp. 3d 294, 297 (D. Mass. 2020); Stiger v. Haynes, No. 2:13-cv-00025, 2013 WL 3965425, at *2 (E.D. Ark. July 31, 2013) (finding exhaustion would be futile since petitioners date would be imminent for release).

Respectfully,

Patrick R. Reis

```
 MILF5   540*23 *           SENTENCE MONITORING           *   01-04-2023
 PAGE 001        *           COMPUTATION DATA              *   13:49:54
                             AS OF 01-04-2023

 REGNO..: 67014-060 NAME: REIS, PATRICK R


 FBI NO...........: 2HDKHPJWP         DATE OF BIRTH: 11-28-1955   AGE: 67
 ARS1.............: MIL/A-DES
 UNIT.............: B UNIT             QUARTERS.....: B11-018L
 DETAINERS........: NO                 NOTIFICATIONS: NO

 FSA ELIGIBILITY STATUS IS: INELIGIBLE

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

 HOME DETENTION ELIGIBILITY DATE....: 10-25-2025

 THE INMATE IS PROJECTED FOR RELEASE: 04-25-2026 VIA GCT REL


 -----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

 COURT OF JURISDICTION...........: OHIO, NORTHERN DISTRICT
 DOCKET NUMBER...................: 3:19-CR-00563-JGC(1)
 JUDGE...........................: CARR
 DATE SENTENCED/PROBATION IMPOSED: 02-10-2021
 DATE COMMITTED..................: 03-17-2021
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
 NON-COMMITTED.: $100.00         $00.00          $00.00         $00.00
   JVTA........: $5,000.00

 RESTITUTION...: PROPERTY:  NO    SERVICES:  NO      AMOUNT: $5,000.00

 ------------------------CURRENT OBLIGATION NO: 010 -------------------------
 OFFENSE CODE....:  512      18:2251-2,2260 OBSCENE MATTR    FSA INELIGIBLE
 OFF/CHG: 18:2252(A)(2) RECEIPT & DISTRIBUTION OF CHILD PORNAGRAPHY CT1

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    72 MONTHS
  TERM OF SUPERVISION............: LIFE
  DATE OF OFFENSE................: 04-22-2019




 G0002        MORE PAGES TO FOLLOW . . .
```

```
MILF5  540*23  *           SENTENCE MONITORING           *   01-04-2023
PAGE 002 OF 002 *           COMPUTATION DATA             *   13:49:54
                            AS OF 01-04-2023

REGNO..: 67014-060  NAME: REIS, PATRICK R


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-17-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-07-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-17-2021
TOTAL TERM IN EFFECT............:     72 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      6 YEARS
EARLIEST DATE OF OFFENSE........: 04-22-2019

JAIL CREDIT.....................:   FROM DATE       THRU DATE
                                    09-26-2019      09-26-2019

TOTAL PRIOR CREDIT TIME.........:    1
TOTAL INOPERATIVE TIME..........:    0
TOTAL GCT EARNED AND PROJECTED..:  324
TOTAL GCT EARNED................:   54
STATUTORY RELEASE DATE PROJECTED: 04-25-2026
ELDERLY OFFENDER TWO THIRDS DATE: 03-15-2025
EXPIRATION FULL TERM DATE.......: 03-15-2027
TIME SERVED.....................:    1 YEARS      9 MONTHS     20 DAYS
PERCENTAGE OF FULL TERM SERVED..:  30.1
PERCENT OF STATUTORY TERM SERVED:  35.3

PROJECTED SATISFACTION DATE.....: 04-25-2026
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: INMATE VS TO FACILITY.F/JTP;




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

EXHIBIT C

MIL-1330.16.b
September 18, 2012
Page 7

01-10-26

Attachment B/Part 1
FCI/FDC Milan, Michigan
**Attempt at Informal Resolution**

REMEDY # _____

Inmate's Name: _Patrick R. Reis_

Registration Number: __67014-060__   Housing Unit: __B2__

**ATTEMPT AT INFORMAL RESOLUTION:**

1. Briefly state the complaint and requested corrective actions.

I was told My out date of May 27 of 2025 is Moved to January 23 of 2026. I will soon be eligible for 'elderly release reduction' as well. Under CHEVRON/LOPER the BoP can no longer determi[ne] Mandated Second Chance Act release to halfway house. Woodly V. Warden USP Leavenworth, 24-3053-JWL (U.S.DC. Dist. of Kansas, May 15, 2024) the court awarded immediate release to home confinement because he is entitled to immediate transfer to pre-release custody. Therefor, if halfway house is full the BoP Must still release Me May 27, 2025.

2. Document your efforts to resolve the matter to include policies reviewed. Note any reasons an informal resolution could not be achieved.

My unit team is currently not willing to work with Me to find alternative solutions to get Me to Preleas[e] status. My Eiderly relief is also being ignored though I brought it up. Upon telling Me I would not be sent to Pre-release custody May 27-2025 I was rushed out with no further explanation. I was told to 'suck it up because I put Myself in prison.'

Inmate Signature: _Patrick R. Reis_   Date: _1-10-25_
Inmate Printed Name: _PATRICK R. REIS_
Unit Counselor Signature: _[signature]_   Date: _1-10-25_
Unit Counselor Printed Name: _StClair_   _1-13-25_

UnAble to Resolve At LocAl Level



Patrick R. Reis
ID: 67014-060
Fed Milan - P.O. Box 1000
Milan, MI 48160

RECEIVED
MAY 16 2025
CLERK'S OFFICE
DETROIT

Attn Clerk of Court
U.S. Dist. Court of Michigan
231 W. Lafayette Blvd. - Fifth Floor
Detroit, MI
48226

Payment of the $510 filing fee is on the way. Please give us a few weeks to process payment. Thanks. - Action Paralegal