UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK R. REIS,

    Petitioner,

v.

ERIC RARDIN,

    Respondent.

Case No. 25-cv-11466

Honorable Robert J. White

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

On May 16, 2025, Prisoner Patrick R. Reis filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1). Reis did not pay the required filing fee when he filed his petition, nor did he apply to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915; Rule 3 of the Rules Governing § 2254 Cases. The Court issued an Order to Correct Deficiency on May 30, 2025, requiring Reis to either pay the filing fee or submit a properly completed *in forma pauperis* application. (ECF No. 3). The order provided that if Reis did not submit the fee or apply to proceed *in forma pauperis* by June 20, 2025, his case could be dismissed. (*Id.*).

Reis failed to correct the deficiency, and the time to do so has since expired. Accordingly, the Court will **DISMISS WITHOUT PREJUDICE** the petition for a

writ of habeas corpus.

    SO ORDERED.

Dated: July 8, 2025　　　　　　　　　　　s/Robert J. White
　　　　　　　　　　　　　　　　　　　　Robert J. White
　　　　　　　　　　　　　　　　　　　　United States District Judge