UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK R. REIS, | Case No. 25-cv-11466 |
| Petitioner, | Honorable Robert J. White |
| v. | |
| ERIC RARDIN, | |
| Respondent. | |

## JUDGMENT

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan, this 8th, day of July, 2025.

KINIKIA ESSIX
CLERK OF THE COURT

BY:  s/Tara Villereal___
         DEPUTY CLERK

APPROVED:

s/Robert J. White_____
Robert J. White
United States District Judge